PER CURIAM.

(No. 73-CC-460— ▮▮▮▮▮▮▮▮

DANNY N. MICHEL, SHERIFF, FAYETTE COUNTY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed September 26, 1974.*

DANNY N. MICHEL, SHERIFF, FAYETTE COUNTY, Claimant, pro se.

114

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.